**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

YVONNE VENABLE,

       **Plaintiff,**

v.                                                                           Case No. 6:25-cv-1183-AGM-NWH

TPUSA, INC.,

       **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Nathan W. Hill | COURTROOM: | VIA ZOOM |
|---|---|---|---|
| DEPUTY CLERK: | Julie Reyes | COUNSEL FOR PLAINTIFF: | Pro Se |
| AUDIO RECORDING: | Zoom/Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | Christopher Cavaliere<br>Deirdre Mullane<br>Eric A. Gordon<br>Mary Megan Coughlin |
| DATE/TIME: | January 13, 2026<br>2:02 P.M.-2:29 P.M. | | |
| TOTAL TIME: | 27 MINUTES | | |

**CLERK'S MINUTES**
**MOTION HEARING (Doc 36)**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motion as stated on the record.
Order on motion to enter.
Court adjourned.