UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| YVONNE VENABLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:25-cv-01183-AGM-NWH |
| TPUSA, INC., d/b/a TELEPERFORMANCE, USA | ) ) ) ) |
| Defendant. | ) ) ) |

## JACKSON LEWIS, P.C.'S UNOPPOSED MOTION TO WITHDRAW

Pursuant to Middle District of Florida Local Rule 2.02, the law firm of Jackson Lewis, P.C., and its counsel of record, Christopher Cavaliere, Esq. and Deirdre A. Mullane, Esq., move this Court for permission to withdraw as counsel of record for Defendant, TPUSA, INC. d/b/a TELEPERFORMANCE, USA ("Defendant"). Defendant has retained substitute counsel (Eric A. Gordon, Esq. and Meaghan Coughlin, Esq.), who have entered their appearances in this action. (Docs. 39-40).

### CERTIFICATE OF DEFENDANT'S CONSENT

Pursuant to Local Rule 2.02(c), the undersigned certifies that Defendant consents to the withdrawal requested herein.

## LOCAL RULE 3.01(g) CERTIFICATION

In compliance with Local Rule 3.01(g), the undersigned certifies that on January 10, 2026, the undersigned counsel and Plaintiff (pro se) conferred regarding the grounds of this Motion to Withdraw as Counsel of Record. Plaintiff does not oppose the relief sought.

DATED this 14th day of January, 2026.

    Respectfully submitted,

    JACKSON LEWIS P.C.

By: *Christopher Cavaliere*
    Christopher Cavaliere
    Florida Bar No. 85776
    christopher.cavaliere@jacksonlewis.com
    nichole.villa@jacksonlewis.com
    tampadocket@jacksonlewis.com

    Wells Fargo Center
    100 S. Ashley Drive, Suite 2200
    Tampa, Florida 33602
    Telephone: (813) 512-3233
    Facsimile:  (813) 512-3211

By: *Deirdre A. Mullane*
    Deirdre A. Mullane
    Florida Bar No. 1058282
    deirdre.mullane@jacksonlewis.com
    jillian.sotomayor@jacksonlewis.com
    orlandodocketing@jacksonlewis.com

        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone: (407) 246-8440
        Facsimile: (407) 246-8441

        *Attorneys for Defendant,*
        *TPUSA, INC. d/b/a TELEPERFORMANCE USA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2026, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system and furnished by E-Mail and U.S. Mail to: yrushell@gmail.com, Yvonne Venable, 1607 Dozier Cir SE, Palm Bay, FL 32909, *(Pro Se Plaintiff)*.

        */s/ Christopher Cavaliere*
        Attorney

4912-9397-5943, v. 3